In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

# PRETRIAL SERVICES REPORT

| District/Office | Charge(s) (Title, Section, and Description) |
|---|---|
| Eastern District of Michigan/Detroit | **Rule 5** - The Southern District of Alabama |
| Judicial Officer<br>Honorable David R Grand<br>Chief United States Magistrate Judge | **<u>Count 1:</u>** Title 18 U.S.C. § 1956(h) - Conspiracy to Commit International Money Laundering |
| Docket Number (Year – Sequence No. – Def. No.)<br>0645 2:25-30073M-001 | |

## DEFENDANT

| Name | | Employer/School | |
|---|---|---|---|
| Almuntaser, Haidar Abo Ayedh | | [redacted] | |
| Other Names on Charging Document | | | |
| Address<br>[redacted] | | Employer/School Address<br>Dearborn, MI | |
| At Address Since<br>04/01/2024 | Time in Community of Residence<br>10.0 months | Monthly Income<br>[redacted] | Time with Employer/School<br>9 months, 17 days |

## INTRODUCTION:

On February 18, 2025, the defendant made his initial appearance in court before Your Honor for a Removal Hearing citing the above noted allegations out of the Southern District of Alabama. The defendant was ordered temporarily detained, adjourning the hearing until February 20, 2025, when an interpreter is available.

On February 18, 2025, the defendant was interviewed in the United States Marshal lock-up located in Detroit, Michigan, with his retained counsel, Mitch Foster, and an Arabic interpreter. Verifications were obtained from [redacted]. [redacted] verified the information and agreed to be a third-party custodian if requested by the Court, however, her suitability has not been vetted by Pretrial Services. The defendant's demographic information has been verified via an Accurint inquiry.

## DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

The defendant, age 30, advised he was born on January 1, 1995, in Yemen. Per a criminal records check, the defendant's date of birth has also been reported as November 1, 1995. The defendant is a citizen of Yemen and allegedly illegally entered the United States on March 30, 2021, seeking asylum. The defendant reported he has lived in Dearborn, Michigan, for approximately 10 months with [redacted]. He noted he has lived at the above address since April 1, 2024, which is a house, [redacted]. Prior to his current address, the defendant reported residing with [redacted] at [redacted] New York, from 2022 to 2024. He stated he lived with [redacted] in North Carolina, from April 2021 to 2022, however, he could not remember the address or

exact dates. The defendant stated he left Yemen in 2017, and moved to many difference locations throughout the middle east, Africa and Central America until 2021, when he entered the United States.

[redacted]

[redacted]

The defendant advised he does have a passport from the Yemen and denies having a United States passport or enhanced license. The defendant stated he has lived in Yemen most of his life, leaving Yemen in 2017. He has travelled to many countries in his life, however he denied travel outside of the United States since his arrival in 2021.

[redacted] verified the defendant's history, residence, family ties, passport, and international travel. She stated she could not confirm the dates or specifics of his travel, however, she stated the dates and locations sound accurate.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

**Employed/Unemployed History:**

| Start Date | End Date | Employer Name/ Unemployed | Address | Monthly Income | Time in Status/ Hours a Week |
|---|---|---|---|---|---|
| 05/01/2024 | Current | [redacted] | Dearborn, MI | [redacted] | [redacted] |
| 04/01/2024 | Current | [redacted] | Dearborn, MI | [redacted] | [redacted] |
| 01/01/2022 | 01/01/2023 | [redacted] | Yonkers, NY | [redacted] | [redacted] |

The defendant's attorney provided verification of employment by way of letters from his supervisors, from both [redacted] and [redacted]. The letters did not specify the details of his employment or when employment began, merely his employment and status with the respective companies. The defendant stated he has no other employment history in Michigan. His only other reported employment was at the [redacted] in New York, which he quit in order to relocate to Michigan.

His employment history was verified by [redacted].

**Finances:**

The defendant has retained counsel, Mitch Foster.

He reported a monthly income of approximately [redacted] for employment at [redacted] and [redacted]. He stated he pays all the bills at his residence including the mortgage; however, he has no bills/liabilities in his name. He stated the mortgage, and bills are in [redacted] name because [redacted] has a better credit score. It is unknown if he has any financial ties to Yemen.

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| | | | |
| **Total** | [redacted] | **Total** | [redacted] |
| **Estimated Net Worth:** [redacted] | | | |

| Monthly Income | Amount | Expenses | Amount |
|---|---|---|---|
| Salary | [redacted] | | |
| Salary | [redacted] | | |
| | | | |
| **Total** | [redacted] | **Total** | [redacted] |
| **Estimated Monthly Cash Flow:** [redacted] | | | |

The financial information was verified by [redacted].

**HEALTH:**

**Physical Health:**

[redacted].

**Mental Health and Substance Abuse:**

[redacted]

**PRIOR RECORD:**

[redacted]

**Immigration and Customs Enforcement (I.C.E) have lodged a Detainer.**

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Offense Charged
2. Lack of Familial, Residential, Community, Employment, Property, and Financial Ties to the charging district
3. Ties to a Foreign Country
4. Immigration Status
5. Use of Alias Names and Birth Dates

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Alleged Criminal Association

However, conditions may be recommended to address this concern.

**RECOMMENDATION:**

In view of the aforementioned, Pretrial Services believes there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required. Therefore, Pretrial Services respectfully recommends that the defendant be detained.

| Pretrial Services Officer | Date | Time |
|---|---|---|
| [redacted] | 2/19/2025 | 9:00 AM |
| Reviewed By [redacted] | | |