IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| HAIDAR ABO AYEDH ALMUNTASER, | ) CRIMINAL ACTION NO. 25-cr-00018-JB |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is a motion by the United States to revoke an order to release defendant Haidar Almuntaser on bond pending trial. Having considered this motion, the Court orders as follows:

The Court **GRANTS** the United States' motion insofar as the order to release the defendant on bond, which was issued by a Magistrate Judge in the Eastern District of Michigan, is hereby revoked.

The Court **ORDERS** that the defendant be detained pending arraignment in the Southern District of Alabama and directs the U.S. Marshal Service to transport the defendant to this district for these proceedings.

This Court will take up the issue of pretrial detention following the defendant's arraignment in the Southern District of Alabama.

**DONE and ORDERED** this 21st day of February, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE