UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              Case No. 25-cr-00018
                              Hon. JEFFREY U. BEAVERSTOCK

HAIDAR ABO AYEDH ALMUNTASER,

    Defendant.

---

CHRISTOPHER JOHN BODNAR
Assistant US Attorney
63 South Royal Street, Suite 600
Mobile AL 36602
(251) 441-5845
Email: Christopher.bodnar@usdoj.gov

MICHAEL J. DITTOE
USDOJ
950 Pennsylvania Avenue, Suite 7619A
Washington DC 25030
(202) 307-3804
Email: Michael.dittoe@usdoj.gov

SANFORD A. SCHULMAN
Lead Attorney for Defendant:
    HAIDAR ABO AYEDH ALMUNTASER
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
saschulman@comcast.net

RICHARD K. KEITH
Co-Counsel and Attorney for Defendant
22 Scott Street
Montgomery AL 36104
(334) 264-6776
Email: rkk@rkeithlaw.com

_____/

# EXHIBIT 3: DOCUMENTS IN SUPPORT

## DEFENDANT HAIDAR ABO AYEDH ALMUNTASER'S MOTION TO SET ASIDE AND REVOKE THE ORDER OF DETENTION AND REINSTATE THE ORDER OF RELEASE WITH A REQUEST FOR HEARING



Sent from Yahoo Mail for iPhone

LF 6055
CF 1547

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF LIVE BIRTH**

12: 2024-034490
STATE FILE NUMBER

**CHILD**
1. CHILD - NAME (First): Arkan  (Middle): Haidar  (Last): Almuntaser  (Suffix):
2. SEX: Male
3a. PLURALITY - Single, Twin, Triplet, etc. (Specify): Single
3b. IF NOT SINGLE BIRTH - First, Second, Third, etc. (specify): Not Applicable
4a. DATE OF BIRTH (Month, Day, Year): May 07, 2024
4b. TIME OF BIRTH: 18:35 Military

**PLACE**
5a. HOSPITAL NAME (If not hospital, give Street and Number): Corewell Health Dearborn Hospital
5b. CITY, VILLAGE, OR TOWNSHIP OF BIRTH: Dearborn
5c. COUNTY OF BIRTH: Wayne

**MOTHER**
6a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last): Salwa Mufleh Shohatee
6b. MOTHER'S FULL NAME BEFORE FIRST MARRIED (First, Middle, Last): Salwa Mufleh Shohatee
6c. STATE OF BIRTH - NAME COUNTRY IF NOT USA: Yemen
6d. DATE OF BIRTH (Month, Day, Year): April 20, 1997
6e. RESIDENCE - CITY, VILLAGE, OR TOWNSHIP (Check one box and specify): ☒ INSIDE CITY OR VILLAGE OF Dearborn ☐ TWP OF
6f. COUNTY: Wayne
6g. STATE: Michigan

**FATHER**
7a. FATHER'S CURRENT LEGAL NAME (First, Middle, Last): Haidar Abdo Almuntaser
7b. STATE OF BIRTH - NAME COUNTRY IF NOT USA: Yemen
7c. DATE OF BIRTH (Month, Day, Year): January 01, 1995

**INFORMANT**
8a. I CERTIFY THAT THIS PERSONAL INFORMATION PROVIDED IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SIGNATURE: Salwa Shohatee (PARENT OR OTHER INFORMANT)
8b. THE PARENT(S) REQUEST THAT INFORMATION ON THIS BIRTH BE RELEASED TO THE SOCIAL SECURITY ADMINISTRATION FOR ISSUANCE OF A SOCIAL SECURITY NUMBER AND CARD.
☒ YES  ☐ NO

**CERTIFICATION**
9a. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME, AND ON THE DATE AS PROVIDED
SIGNATURE: Catrina J. Scott  DATE 05/14/2024
9b. CERTIFIER'S NAME AND TITLE (Print or Type): Catrina J. Scott Certifier

**REGISTRAR**
10a. REGISTRAR'S SIGNATURE: George Darany
10b. DATE FILED BY LOCAL REGISTRAR (Month, Day, Year): May 15, 2024

DCH-0481H (5/12/10)

Print

State of Michigan  )
County of Wayne  ) ss.
City of Dearborn  )

I do hereby certify that this document is a true copy of the record on file in this office.

MAY 28 2024
DATE

Maria Flatt
REGISTRAR

Ped Nephrology Clinic Note
* Final Report *

ALMUNTASER, ARKAN - C-891520377

Result type: Ped Nephrology Clinic Note
Result date: September 11, 2024 12:46 EDT
Result status: Auth (Verified)
Result title: AMB PEDS Nephrology
Performed by: BARACCO MAGGI MD, ROSSANA G on September 11, 2024 12:48 EDT
Verified by: BARACCO MAGGI MD, ROSSANA G on September 11, 2024 15:46 EDT
Encounter info: 780041365120, AMB CH NEPH, Amb Outpatient-Active Chgs, 09/11/2024 - 09/21/2024

* Final Report *

AMB PEDS Nephrology
"If completed by a medical trainee this document will be reviewed and amended by a supervisor. *** This document should not be used for physician billing if completed by a MLP unless employed by/or under a shared services agreement with that physician" **

Patient: ALMUNTASER, ARKAN     MRN: C-891520377     FIN: 780041365120
Age: 4 months   Sex: Male   DOB: 05/07/2024
Associated Diagnoses: Multicystic dysplastic kidney (MCDK); Multicystic dysplastic kidney (MCDK)
Author: BARACCO MAGGI MD, ROSSANA G

Document Created
    Document Creation: 09/11/24 12:46

Date of Service
    Date of Service: 09/11/2024

Visit Information
    Visit type: Scheduled follow-up.
    Accompanied by: Mother, Father.
    Source of history: Mother, Father.
    Referral source: PCP Physician: HASHMI, AZRA

History limitation: None.

Chief Complaint
    Chief complaint
    Follow up for MCDK

History of Present Illness
    Arkan is here for consultation for MCDK.

Printed by: HANES RN, NANCY
Printed on: 10/30/2024 16:32 EDT

Page 1 of 4

Ped Nephrology Clinic Note
\* Final Report \*

ALMUNTASER, ARKAN - C-891520377

## Histories

**Past Medical History:**
No active or resolved past medical history items have been selected or recorded.
**Family History:**
No family history items have been selected or recorded.
**Procedure history:**
No active procedure history items have been selected or recorded.
**Social History**

### Social & Psychosocial Habits

No Data Available

## Physical Examination

**VS/Measurements:** Vital Signs
09/11/2024 12:20 EDT

| | |
|---|---|
| Temperature (C) | 36.7 DegC |
| Unable to Obtain Vital(s) | Pulse, Blood Pressure, Uncooperative |

, Measurements from flowsheet : Measurements
09/11/2024 12:20 EDT

| | |
|---|---|
| Height Mode | Actual |
| Height | 69.0 cm |
| Height/Length | Height |
| Weight Mode | Actual |
| Weight | 6.94 kg |

**General:** Appropriate for age, No acute distress.
**Skin:** Warm, Dry, Intact.
**Eye:** Pupils are equal, round and reactive to light, Extraocular movements are intact.
**Head:** Normocephalic.
**HENT:** Oral mucosa is moist.
**Neck:** Supple, Non-tender.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
**Cardiovascular:** Normal rate, Regular rhythm, No murmur, Normal peripheral perfusion, No edema.
**Gastrointestinal:** Soft, Non-tender, Non-distended, Normal bowel sounds, No organomegaly, No masses.
**Musculoskeletal:** Normal muscle mass, No tenderness, No swelling, No deformity.
**Neurologic:** Alert, Grossly intact, No focal neurological deficit observed.

## Review / Management
**Radiology results**
US, US-Renal(s)-Complete: 9/11/2024 12:55 PM

CLINICAL HISTORY: 4-month-old male with history of cystic left kidney.

TECHNIQUE: Ultrasonography of the kidneys was performed with additional interrogation of the urinary bladder.

Printed by: HANES RN, NANCY
Printed on: 10/30/2024 16:32 EDT

Page 3 of 4

**AZRA HASHMI, M.D., M.P.H., F.A.A.P.**
BOARD CERTIFIED PEDIATRIC, PUBLIC HEALTH
AND PREVENTIVE MEDICINE

CARING PEDIATRICS
6401 MILLER ROAD
DEARBORN, MI 48126-2363                    (313) 846-8800 FX846-0884

CARING PEDIATRICS 2
25412 GODDARD ROAD
TAYLOR, MI 48180-6200                      (313) 292-4110 FX292-9512

NAME Almuntaser, Arkan          DOB 5/7/24
ADDRESS _____        DATE 10/31/24

TAMPER-RESISTANT SECURITY FEATURES LISTED ON BACK OF SCRIPT

℞ To whom it may concern,

Arkan has multicystic dysplastic kidney which requires frequent specialists visits and ultrasounds for monitoring. Please allow family to be with Arkan for these visits

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
_____ Units

Refill NR 1 2 3 4 5          NPI-1962069013

**FREEDOM MORTGAGE®**

RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

ELECTRONIC ONLY STATEMENT

# Mortgage Statement
Statement Date 01/15/25

0-807-34088-0073856-001-000-000-000-000

SALWA SHOHATEE
MUFLEH SHOHATEE
4963 ORCHARD AVE
DEARBORN MI 48126-4619

### Contact Information
| | |
|---|---|
| Phone: | 855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |
| Loan Number | 0160471694 |
| Payment Due Date | 02/01/25 |

**Amount Due**  $2,063.32
If payment is received after 02/16/25, $68.08 late fee will be charged.

Property Address: 4963 ORCHARD AVE
DEARBORN MI 48126

### Account Information
| | |
|---|---|
| Outstanding Principal | $216,602.42 |
| Deferred Balance | $0.00 |
| Interest Rate | 6.375% |
| Prepayment Penalty | No |
| Escrow Balance | $3,749.64 |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due
| | |
|---|---|
| Principal | $210.90 |
| Interest | $1,150.70 |
| Escrow/Impound (for Taxes and/or Insurance) | $701.72 |
| **Regular Monthly Payment** | **$2,063.32** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due** | **$2,063.32** |

### Transaction Activity (12/14/24 - 01/15/25)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Insurance | 12/24/24 | 12/01/24 | 12/24/24 | $110.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 01/15/25 | 01/01/25 | 01/15/25 | $2,063.32 | $1,151.81 | $209.79 | $701.72 | $0.00 | $0.00 | $0.00 | $0.00 |

**IMPORTANT NOTICE:** TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $209.79 | $209.79 |
| Interest | $1,151.81 | $1,151.81 |
| Escrow (Taxes and Insurance) | $701.72 | $701.72 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$2,063.32** | **$2,063.32** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Amounts listed here will include other/optional products, if applicable.

### Important Messages

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 855-690-5900.

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



Amount Due

9200566686248    0029451 B

## Payment Coupon

**DTE**

☐ CHECK TO ENROLL IN AUTOPAY
(Signature required on back)

Please indicate amount paying $ _____

3423 1 AV 0.495**T012*2*P01*M02***AUTO**SCH 5-DIGIT 48120
SALWA SHOHATEE
4963 ORCHARD AVE
DEARBORN MI 48126-4619

| | |
|---|---|
| Account Number | 9200 566 8624 8 |
| Due Date: | February 25, 2025 |
| Total Due: | $294.51 |

Mail Payments to:
DTE Energy
P.O. Box 740786
Cincinnati OH 45274-0786



Scan code with Phone for quick and secure payment process!

For address corrections, please visit dteenergy.com or call 800.477.4747.

Return upper portion with your payment    200045625313
Keep lower portion for your records

---

### Contact Information

| | |
|---|---|
| Gas Leak or Gas Emergency | 800.947.5000 |
| Customer Service or Power Outage | 800.477.4747 |
| Hearing-Impaired TDD Line | 800.888.6886 (Mon-Fri 8am-5pm) |
| Web Site | dteenergy.com |

### Programs you are enrolled in

SmartCurrents

| | Account Number | 9200 566 8624 8 |
|---|---|---|

### Summary of Charges

| | |
|---|---|
| Account Balance as of Jan 06, 2025 | 263.90 |
| Payment Received Jan 26, 2025 Thank You! | - 263.90 |
| Balance Prior to Current Charges | 0.00 |
| Total Current Charges | 294.51 |
| Account Balance as of February 03, 2025 | $294.51 |

Your current charges are due on February 25, 2025. A 2% late payment charge will be applied if paid after the due date.

### Your Monthly Energy Usage

For ways to save energy and save money, go to dteenergy.com/saveenergy



**ELECTRIC** — KWH — On Peak / Off Peak
JAN 2024: 24.1, FEB: 23.1, MAR: 15.5, APR: 9.9, JUN: 7.7, JUL: 15.6, AUG: 15.7, SEP: 11.8, OCT: 8.1, NOV: 12.1, DEC: 14.8, JAN 2025: 18.5, FEB: 19.6

**GAS** — CCF
JAN 2024: 4.3, FEB: 6.7, MAR: 4.8, APR: 3.1, JUN: 0.9, JUL: 0.6, AUG: 0.7, SEP: 0.6, OCT: 0.7, NOV: 1.8, DEC: 3.2, JAN 2025: 4.9, FEB: 6.8

Your usage is based on an ACTUAL meter reading

**Average Usage per day**

| | Current Month | Last Month | Year Ago |
|---|---|---|---|
| KWH Usage | 19.6 | 18.5 | 24.1 |
| Change | | 6% | -19% |

Your average daily electric cost for this period was $3.70

**Average Usage per day**

| | Current Month | Last Month | Year Ago |
|---|---|---|---|
| CCF Usage | 6.8 | 4.9 | 4.3 |
| Change | | 39% | 58% |

Your average daily gas cost for this period was $6.82

### Important Information

9200566862948    0029451 B

| Total Current Charges | 294.51 |
|---|---|

**If You Smell Natural Gas and DTE Gas Company is Your Natural Gas Provider, Call 800.947.5000**
If the odor is strong, leave the building immediately. Do not use electric switches or an open flame. Open doors and windows.

**If Your Electricity Goes Out**
Check your fuses or circuit breakers, then see if your neighbors' lights are on. To report an outage or fallen power line, contact your electric company. DTE Electric Company customers, call 800.477.4747 or visit dteenergy.com from a location that has power. Stay at least 20 feet away from a fallen power line and anything it's touching, including metal fences and puddles.

**Energy Theft is illegal & dangerous**
Confidentially report suspected tampering by calling our theft hotline at 800.441.6698.

**For More Information**
For more information on your bill or alternative payment methods, call 800.477.4747, visit dteenergy.com, or write to DTE Energy, One Energy Plaza, Detroit, MI 48226-1221 before the due date.

DTE Electric Company and DTE Gas Company are DTE Energy subsidiaries and are regulated by the Michigan Public Service Commission, Lansing, Michigan.



Date: November 8, 2024



## To Whom It May Concern

This is to testify that Mr. Haidar Al-Muntaser. He is praying at our mosque center regularly and the presence of our Imām, Imām Ahmad Hammoud, at the Dearborn Community Center (Masjid Al Salam).

We know him to be of high moral character, devoted to his lord and religion and an exemplary member of the Muslim community.

The Board of the Dearborn Community Center (Masjid Al Salam)

Sincerely,

*Adnan Elkadri*
Adnan Elkadri
President



**Dearborn Community Center**

3900 Schaefer Road
Dearborn, MI 48126

Phone: 313.584.9494
Fax: 313.584.5735

info@dccalsalam.org
www.dccalsalam.org

   

To Whom It May Concern,

    I am writing to recommend Haidar Al Muntaser. I met Haidar at work, and he went from being a coworker to becoming a true friend. As I got to know him better, I learned that he is married and has a son, which speaks to his dedication to family and sense of responsibility. While I may not fully understand the challenges of providing for a family, I have great respect for how hard he works to raise his son and support his family. Haidar always arrives with a smile, spreading laughter and positivity throughout the workplace. He consistently puts in tremendous effort, showing strong commitment and dedication to our team in everything he does. Over time, he has not only been an outstanding coworker but also a genuine friend to me. With his positive mindset and unwavering work ethic, I truly believe that he will continue to achieve great success.

Sincerely,

Abdulsalam Omar

(313)-338-7777

Abdulsalamomar24@gmail.com

To whom it may concern,

I hope this message finds you well. I am writing to acknowledge the exceptional work ethic and dedication of my associate, Haidar Al Muntaser

Throughout his time with us, Haidar has consistently demonstrated a strong commitment to his responsibilities. He has shown remarkable diligence, reliability, and a willingness to go above and beyond to achieve our goals. While demonstrating a remarkable commitment to collaboration and teamwork.

I believe that Haidar's qualities make him a valuable asset, and I wanted to ensure you are aware of his strong work ethic.

Please feel free to reach out if you have any questions or need further information.

Sincerely,

*M. Makki*

**Mahmoud Makki**
Area Manager II - InBound
mmakki@amazon.com

amazonfulfillment





MEDITERRANEAN CUISINE

10/29/2024

Sir/Madam,

The intent of this letter is an acknowledgment for one of our team members Mr. Haidar Al Muntaser.

Mr. Al Muntaser work ethics are great, Initiative and always on time.

Does not shy away from taking charge or additional responsibilities when its presented.

He is a valuable asset to our establishment and I believe he will be for yours.

Respectfully.

Mohamad Dbouk

General Manager

22681 Newman • Dearborn, Michigan 48124 • Phone: (313) 563-PITA (7482) • Fax: (313) 563-8056